UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Anthony Oliver,

    Plaintiff,

v.

Jaime Michelle Luner,

    Defendant.

LA 18-cv-02562 VAP (AFMx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant's Motion to Dismiss and Denying Plaintiff's Motions (Doc. No. 88), IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   8/6/18

                                Virginia A. Phillips
                        Chief United States District Judge